UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    File No: 1:04-PT-27

    HON. ROBERT HOLMES BELL

EDRICK RAY SPEARMAN,

    Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (docket # 23) is approved and adopted as the opinion of the Court.

2. Defendant's conditions of supervised release are hereby modified to remove the requirement that he reside at the Residential Reentry Center located in Grand Rapids, Michigan.

IT IS SO ORDERED.

Date:   August 29, 2007          /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE